UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 4506 SHERWOOD LANE, LLC | § | Case No.: 10-32308-H5-11 |
| | § | (Chapter 11) |
| Debtor | § | |

**EMERGENCY MOTION TO COMPEL
COMPLIANCE WITH CONFIRMATION ORDER**
[Related to Docket Entry Dated 11/04/2010]

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

TO THE HONORABLE KAREN K. BROWN, UNITED STATES BANKRUPTCY JUDGE:

Reliance Bank ("***Reliance***"), a secured creditor in the above-captioned case, and files this, its *Emergency Motion to Compel Compliance with Confirmation Order* (the "***Motion***"), and shows:

1935417

## Relief Requested

1. On January 27, 2011, this Court entered its *Order Confirming Chapter 11 Plan and Approving Disclosure Statement* (the "**Order**"). [Docket No. 110]

2. Pursuant to the Order, on March 18, 2011, Reliance sent the closing instructions and modification documents (the "***Loan Modification Documents***") to counsel for 4506 Sherwood Lane, LLC (the "**Debtor**"). The Loan Modification Documents included certain guaranties to be executed by the Debtor's principals, Gary Vincent Arnold, Angelica Vail Salas (collectively, the "**Guarantors**").

3. As of the filing of this Motion, neither the Debtor nor the Guarantors had returned the executed Loan Modification Documents to Reliance.

## Emergency Consideration

4. Under the terms of the Order and Loan Modification Documents, certain important deadlines and due dates begin on April 15, 2011 (e.g., deposit of 10% of escrow funds in designated Escrow Account). If the Loan Modification Documents are not executed by the parties before April 15, 2011, it will cause the Debtor to be in violation of the Order.

5. Reliance respectfully requests that this Court consider this Motion on an expedited basis and order the Debtor and the Guarantors to comply with this Court's January 27, 2011 Order and execute the Loan Modification Documents.

WHEREFORE, Reliance Bank prays that this Court order the Debtor to comply with the January 27, 2011 Order and deliver the executed Loan Modification Documents before the close of business on April 14, 2011, or schedule an emergency hearing on the matter and for such other relief as the Court finds appropriate under the circumstances.

1935417

Respectfully submitted,

*/s/ Simon Mayer*
Simon Mayer       TBN: 24060243
smayer@hwa.com
HUGHESWATTERSASKANASE, LLP
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
**ATTORNEY FOR RELIANCE BANK**

### CERTIFICATION FOR ACCURACY PURSUANT TO LBR 9013-1(i)

I hereby certify that the facts and assertions made in the *Emergency Motion to Compel Compliance with Confirmation Order* are true and accurate to the best of my knowledge.

*/s/ Simon Mayer*
Simon Mayer

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class U.S. Mail, postage prepaid and/or ECF on April 11, 2011 to the parties on the attached Service List.

*/s/ Simon Mayer*
Simon Mayer

1935417

Case No. 10-32308-H5-11
Service List

**Debtor**
4506 Sherwood Lane, LLC
4506 Sherwood Lane
Houston, TX 77092

**Debtor's Attorney**
Reese W. Baker
Baker & Associates
5151 Katy Freeway, Ste 200
Houston, TX 77007
*Via ECF*
courtdocs@bakerassociates.net

**Office of the US Trustee**
Christine A. March
515 Rusk St., Ste. 3516
Houston, TX 77002
*Via ECF:* Christine.a.march@usdoj.gov

**Secured Creditors**
Harris County – Leo Vazquez
P.O. Box 4622
Houston, TX 77210

Paula Angenendt
207 Wood St.
Pacific Grove, CA 93950

Reliance Bank
10401 Clayton Road
Frontenac, MO 63131-2909

Tax Ease
14901 Quorum Drive, Ste. 900
Dallas, TX 75244

**Unsecured Creditors**
Saul Gonzalez
4211 Sherwood, Unit 151
Houston, TX 77092

A-1 Helium
2244 1st Street
Rosenberg, Texas 77471

Affinity Group Management, Inc.
5800 Foxridge Dr., Ste. 400
Mission, KS 66202

Anderson, Crimshaw and Associates
12801 N. Central Expressway, Suite 250
Dallas, TX 75243

AT&T
P.O. Box 5001
Carol Stream, IL 60197

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

Bay Credit Services, LLC
1901 W. 10th Street
Antioch, CA 94509

CenterPoint Energy
P.O. Box 2628
Houston, TX 77252-2628

Central Security
2448 E. 81st St., Ste. 4200
Tulsa, OK 77042

Chase Card Services
P.O. Box 94014
Palatine, IL 60094

City of Houston
P.O. Box 1560
Houston, TX 77043

City of Houston
P.O. Box 61167
Houston, TX 77208

City of Houston
8000 N. Stadium Drive
Houston, TX 77054

Case No. 10-32308-H5-11
Service List

| | |
|---|---|
| Comcast<br>P.O. Box 660618<br>Dallas, TX 75266 | Oconnor<br>2200 North Loop West, Suite 200<br>Houston, TX 77018 |
| Conns Appliance<br>P.O. Box 2358<br>Beaumont, TX 77704-2358 | On Guard, Inc.<br>6846 Theall Rd. #100<br>Houston, TX 77066 |
| Direct Energy<br>P.O. Box 139019<br>Dallas, TX 75313 | PPG Architectural Finishes<br>P.O. Box 676340<br>Dallas, TX 75267 |
| For Rent.Com<br>187943 120th Avenue NE, Suite 101<br>Bothell, WA 98011 | Preston Maintenance Supply<br>1415 Louisiana, 22nd Floor<br>Houston, TX 77022 |
| Gulf Coast Answering Service<br>3727 Green Dr., Ste. 205<br>Stafford, TX 77477 | Safeguard Home Security<br>888 W. Sam Houston Parkway S #170<br>Houston, TX 77042 |
| Home Depot Credit Services<br>P.O. Box 182676<br>Columbus, OH 43218 | Safety Sam Inc.<br>P.O. Box 6408<br>Yuma, AZ 85366 |
| Insurance Support Center<br>P.O. Box 680001<br>Dallas, TX 75368 | Solar Verde Systems<br>20533 Biscayne Blvd., Suite 765<br>Aventura, FL 33180 |
| JC Painting<br>P.O. Box 925952<br>Houston, TX 77292 | Southwest Credit<br>4120 International Pkwy, Ste. 1100<br>Carrollton, TX 75007 |
| Kevin Liu Note<br>88 E. Lakeridge Dr.<br>The Woodlands, TX 77381 | State Farm Ins Company<br>P.O. Box 680001<br>Dallas, TX 75368 |
| Madel Contract Painting<br>8219 Bayou Forest Dr.<br>Houston, TX 77088 | Waste Management<br>Houston Metro<br>1901 Afton St.<br>Houston, TX 77055 |
| Muller Water Conditioner<br>1500 Sherwood Dr.<br>Houston, TX 77043 | Wells Fargo<br>P.O. Box 348750<br>Sacramento, CA 95834 |

**Case No. 10-32308-H5-11**
**Service List**

**Parties Requesting Notice**
Harris County, et al.
Linebarger Goggan Blair & Sampson LLP
c/o Tara L. Grundemeier
P.O. Box 3064
Houston, TX 77253-3064
*Via ECF:*
houston_bankruptcy@publicans.com

Howard Marc Spector
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, TX 75251
*Via ECF:* hms7@cornell.edu

GE Money Bank
c/o Recovery Management Systems Corp. – Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605